# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# BOSTON

ALAN V. SATTERWHITE,

        Plaintiff,

v.

        **CASE NO.: 1:25-cv-10694**

BERKLEE COLLEGE OF MUSIC, INC.,

        Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff ALAN V. SATTERWHITE by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated: June 12, 2025

Respectfully submitted,

*/s/ Andrew D. Epstein*
ANDREW D. EPSTEIN (155140)
Photolaw@aol.com

**ANDREW D. EPSTEIN, ESQ.**
99 Rockland Street
Swampscott, Massachusetts 01907
617.272.5700 - Telephone

*Counsel for Plaintiff Alan V. Satterwhite*

### Certificate of Service

I certify that Plaintiff's Notice of Dismissal was filed through the court's ECF system and a copy was sent electronically on the day it was filed to all counsel of record.

*/s/ Andrew D. Epstein*

Andrew D. Epstein

June 12, 2025